AO 455 (Rev. 01/09) Waiver of an Indictment



# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 1:17-cr-00197-DAD-BAM |
| CALIXTO PACHECO, | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/28/17

_____
Defendant's signature

_____
Signature of defendant's attorney

Eric H. Schweitzer
Printed name of defendant's attorney

_____
Judge's signature

Dale A. Drozd, U.S. District Judge
Judge's printed name and title