PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-CR-00197-DAD-BAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| CALIXTO PACHECO, | |
| Defendant. | |

WHEREAS, on September 12, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1), based upon the plea agreement entered into between the United States and defendant Calixto Pacheco forfeiting to the United States the following property:

    a. Real property located at 51023 Rosemary Lane, Squaw Valley, California, Fresno County, APN: 190-340-29, recorded owner Calixto Pacheco, and more fully described as

       LOT 744 OF TRACT NO. 2279, CALIFORNIA SIERRA HIGHLANDS NO. 3, AS PER MAP THEREOF RECORDED MARCH 10, 1972 IN THE OFFICE OF THE COUNTY RECORDER OF SAID FRESNO COUNTY IN BOOK 26 OF PLATS, AT PAGES 52 THROUGH 80, INCLUSIVE.

AND WHEREAS, beginning on September 14, 2017, for at least 30 consecutive dates,

the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a petition to the subject property, and the time in which any person or entity may file a petition has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(1), to be disposed of according to law, including all right, title, and interest of defendant Calixto Pacheco.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Internal Revenue Service – Criminal Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **November 16, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE