

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALIXTO ADALBERTO PACHECO,<br><br>Defendant. | Case No. 1:17 CR 00197 DAD BAM<br><br>**ORDER EXONERATING BOND**<br>**Re MOTION TO RETURN BOND**<br>**(Doc. 46)** |

On August 4, 2017, a cash bond in the amount of $15,000.00 was posted by Heladio A. Pacheco Santiago, receipt no. CAE100036410 on behalf of the above defendant. The defendant has been sentenced and a Non-Opposition was filed by government (Doc.48) for return of the cash bond. The bond is hereby ordered exonerated and shall be refunded to Heladio A. Pacheco Santiago, at 1076 Simpson Ave., Clovis, CA 93619 in the amount of $15,000.00.

IT IS SO ORDERED.

DATED: 1/25/18

BARBARA A. McAULIFFE
U.S. Magistrate Judge

1