

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALIXTO ADALBERTO PACHECO,<br><br>Defendant.<br>_____/ | Case No. 1:17-cr-00197-DAD-BAM<br><br>**AMENDED ORDER EXONERATING BOND Re MOTION TO RETURN BOND (Doc. 46)** |

On August 4, 2017, a cash bond in the amount of $15,000.00 was posted by Heladio A. Pacheco Santiago, receipt no. CAE100036410 on behalf of the above defendant. The defendant has been sentenced and a Non-Opposition was filed by government (Doc.48) for return of the cash bond. The bond is hereby ordered exonerated and shall be refunded to Heladio A. Pacheco Santiago, in the amount of $15,000.00.

IT IS SO ORDERED.

DATED: 1/30/18

BARBARA A. McAULIFFE
U.S. Magistrate Judge

1